■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALYCIA GOLDSMITH, Appellant. [738 NYS2d 924] —Appeal from a judgment of Erie County Court (Pietruszka, J.), entered April 29, 1999, convicting defendant upon her plea of guilty of attempted criminal sale of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see, People v Patton*, 273 AD2d 839, *lv denied* 95 NY2d 937). Present—Pigott, Jr., P.J., Green, Hurlbutt, Kehoe and Lawton, JJ.